RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2017 MAR 23  PM 2:53

S.D. OF N.Y.

APPUKKUTTAN NARAYANAN

NARAYANAN APPUKKUTTAN    17CV 2117

Write the full name of each plaintiff.

(Include case number if one has been assigned)

-against-

SAUDI ARABIA

**COMPLAINT**

Do you want a jury trial?
☒ Yes     ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☒   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _NARAYANAN APPUKKUTTAN_, is a citizen of the State of
(Plaintiff's name)

_NEW YORK_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_I am only_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __NARAYANAN APPUKKUTTAN.__, is a citizen of the State of
(Defendant's name)

__NEW YORK.__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__APPUKKUTTAN   NARAYANAN.__
First Name                Middle Initial          Last Name

__201. W 98 St. APT. 4D;  NEWYORK. NY. 10025__
Street Address

__MANHATTAN.__              __NEWYORK.__          __10025__
County, City                State                Zip Code

__646.691.7506.__           ___
Telephone Number            Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:      SOUDI ARABIA
_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State             Zip Code

Defendant 2:
_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State             Zip Code

Defendant 3:
_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State             Zip Code

Defendant 4: _____

First Name                          Last Name
_____

Current Job Title (or other identifying information)
_____

Current Work Address (or other address where defendant may be served)
_____

County, City                    State                Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: CANAL STREET BROAD WAY

Date(s) of occurrence: Severe Pain in my Left Rist

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

on September 11. 2001. nearly at 11AM I was in the Canal street Broad way NEW YORK. I was running toward the world Trade Center area. In the rush one per hit me and I fall down in the Canal street Broad way. I fall down touching my Left hand in the road. Then one person pulled my Right hand to stand up. I was feeling severe pain in my Left hand Rist. Then I went to church street slowly to my room. one Private car helped me to take me near my house. From my house nearly one week I was taking pain Killer medicine. It was No use. Then I went to HARLEM HOSPITAL CENTER. They took XRAY

in my Left hand Rist and put a bandage in my left Rist Area. After one week the bandage was removed. then they took catskin and medicine gave. I was not getting any relief. Then I went north General Hospital to I cannot get any relief. Then I went to Metropolitan Hospital. I cannot get any relief. Then I went to Bellevue Hospital center. I cannot get any relief. Now I am feeling Severe Pain

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I had fall down down on the Canal street Broad way of after that I was feeling Severe Pain in my left hand Rist. They gave me Acetaminophen Medicine. I was no use.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

any amount for my Pain and Sufferings

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

March 23. 2017.

September 11 2001

**Dated**                                          **Plaintiff's Signature**

APPUKKUTTAN               NARAYANAN.

**First Name**          **Middle Initial**          **Last Name**

201. W 98. Street, APT.4D. New YORK. NY. 10025

**Street Address**

Manhattan                    N Y              10025

**County, City**                **State**              **Zip Code**

646.691.7506

**Telephone Number**                     **Email Address (if available)**

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**PD 304-152b (Rev. 10-97)** — **AIDED REPORT WORKSHEET**

Jurisdiction Code: a a
Date of Occ.: 9/11/2001 Time of Occ.: 1100
Pct.: 005  Card No. 1 of 1  Aided #: 11696

Surname: Appukkuttan  First Name: M... M.I.
Sex: M  Race: Indian  Age: 59  Date of Birth: 6-15-42

Address: W. 145 st., 12A  City: New York  State: NY  ZIP: 10039
Telephone: Home: (212) 694-1622  Work: ( )

Aided Homeless? Yes ☐ No ☑
Place of Occ.: ☐ In front of ☐ opposite ☐ inside of ☐ subway at
Canal 4 B-way s/E C/6

Is Aided victim of a crime? ☐ Yes ☑ No

Sick/Injured Person: ☐
Emotionally Disturbed ☐  Lost Person ☐
Runaway Child ☐  Unconscious ☐
Bicycle Involved ☐  Deceased ☐
Abused/Abandoned/ ☐  Other (Explain in Details) ☐
Neglected Child/etc. ☐

Removed To: ☐ Hospital ☐ Morgue ☐ N/A  Medical Aid was refused ☐
ACR/PCR #: ____

**Details (for all Aided Cases):** AT T/P/O Airdald states that he was knocked over by a Firefighter During the 9-11-01 ATTACK on the WTC. Aided Stated that he went to Harlem Hosp to get checked out when they put his left hand in a cast to to a Fracture he occured when he fell down. Aided Also Stated He has Back pain, Breathing trouble, and Chest pain. Aided filed this Report on 10-6-01.

If EDP: Prior History? ☐ Yes ☐ No ☐ Unk.
Actions of EDP: ☐ Attempted physical harm to self ☐ Physically threatened others ☐ Unable to care for self ☐ Attempted physical harm to others ☐ Verbally threatened others ☐ Other (specify) ☐ Placed self in dangerous situation ☐ Spoke of harming self or others

If CPR administered (by MOS): Mouth to Mouth ☐ Yes ☐ No  Aided resuscitated ☐ Yes ☐ No
O.C. Spray Used: ☐ Yes ☐ No

Reported By: Rank PO  Name: Rodriguez  Tax #: 924430  Command: 005  Signature
Reviewed By: Rank SGT  Signature: Musante  Tax #: 916203  Command: 05